**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUY TRUONG, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHA MOTTALE, an individual<br><br>　　　　Defendants. | Case No. 8:22-cv-00204-JLS-JDE<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (Doc. 24)** |

Pursuant to the parties' Stipulation of Voluntary Dismissal with Prejudice (Doc. 24), and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

**IT IS SO ORDERED.**

DATED: November 9, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE